```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 16244
    LEROYAL HOUSTON
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-1990


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/08/2006 and was confirmed 04/30/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/29/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
HSBC MORTGAGE              SECURED NOT I         .00           .00            .00
AMERICA SERVICING COMPAN   MORTGAGE ARRE      823.26           .00         823.26
AMERICA SERVICING COMPAN   CURRENT MORTG        .00           .00            .00
AMERICAS SERVICING COMPA   CURRENT MORTG        .00           .00            .00
CHASE AUTO FINANCE         SECURED VEHIC        .00           .00         349.30
AMERICREDIT FINANCIAL SE   SECURED VEHIC        .00           .00         639.31
AMERICAS SERVICING COMPA   MORTGAGE ARRE      429.07           .00          20.94
US CELLULAR                UNSECURED       NOT FILED           .00            .00
CARDMEMBER SERVICES        UNSECURED         1745.77           .00            .00
H AND F LAW                UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED         1397.69           .00            .00
HSBC/CARSONS               UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED          371.96           .00            .00
VILLAGE OF STONE PARK      UNSECURED       NOT FILED           .00            .00
AMERICAS SERVICING CO      NOTICE ONLY     NOT FILED           .00            .00
FCNB MASTER TRUST          NOTICE ONLY     NOT FILED           .00            .00
CHASE AUTO FINANCE         UNSECURED            .00           .00            .00
BENNIE W FERNANDEZ         DEBTOR ATTY      2,623.00                     1,260.00
TOM VAUGHN                 TRUSTEE                                         207.19
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE            3,300.00

PRIORITY                                       .00
SECURED                                   1,832.81
UNSECURED                                      .00
ADMINISTRATIVE                            1,260.00
TRUSTEE COMPENSATION                        207.19

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16244 LEROYAL HOUSTON
```

```
DEBTOR REFUND                                                           .00
                                        ---------------    ---------------
TOTALS                                         3,300.00           3,300.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                             /s/ Tom Vaughn

Dated: 01/22/08                              _____
                                              TOM VAUGHN
                                              CHAPTER 13 TRUSTEE